Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
90 CHURCH STREET LIMITED PARTNERSHIP
and BOSTON PROPERTIES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   21 MC 102 (AKH)

JUAN CAIVINAGUA,                                                Index No.: 07-CV-01574

                              Plaintiff(s),     **NOTICE OF ADOPTION OF ANSWER**
                                                          **TO MASTER COMPLAINT**
    -against-
                                                          **ELECTRONICALLY FILED**

90 CHURCH STREET LIMITED
PARTNERSHIP, *et al.*,

                              Defendant(s).
-----------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 2, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      WHEREFORE, the defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
September 7, 2007

                                        Yours etc.,

                                        McGIVNEY & KLUGER, P.C.
                                        Attorneys for Defendants
                                        90 CHURCH STREET LIMITED PARTNERSHIP
                                        and BOSTON PROPERTIES, INC.

                                        By: _____
                                            Richard E. Leff (RL-2123)
                                            80 Broad Street, 23rd Floor
                                            New York, New York 10004
                                            (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
         Plaintiffs Liaison
         In Re Lower Manhattan Disaster Site
         Litigation
         115 Broadway, 12th Floor
         New York, New York 10006
         (212) 267-3700

         All Defense Counsel