Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
160 WATER STREET ASSOCIATES, INC.
and G.L.O. MANAGEMENT, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X     21 MC 103 (AKH)

JUAN CAIVINAGUA,                                             Index No.: 07-CV-01574

                Plaintiff(s),     **NOTICE OF ADOPTION OF ANSWER**
                                **TO MASTER COMPLAINT**

   -against-                                         **ELECTRONICALLY FILED**

120 BROADWAY CONDOMINIUM (CONDO
#871), *et al.*,

                Defendant(s).
-------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendants, 160 WATER STREET ASSOCIATES, INC.

and G.L.O. MANAGEMENT, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and

for their Response to the allegations set forth in the Complaint by Adoption (Check-Off

Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt

their Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re*

*World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 103 (AKH).

      WHEREFORE, the Defendants, 160 WATER STREET ASSOCIATES, INC. and G.L.O.

MANAGEMENT, INC., demand judgment dismissing the above-captioned action as against

them, together with costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
       September 12, 2008

                        Yours etc.,

                        McGIVNEY & KLUGER, P.C.
                        Attorneys for Defendants
                        160 WATER STREET ASSOCIATES, INC. and
                        G.L.O. MANAGEMENT, INC.

                        By:
                           Richard E. Leff (RL-2123)
                           80 Broad Street, 23rd Floor
                           New York, New York 10004
                           (212) 509-3456

TO:     WORBY GRONER & NAPOLI BERN, LLP
          Plaintiffs Liaison
          In Re Lower Manhattan Disaster Site
          Litigation
          115 Broadway, 12th Floor
          New York, New York 10006
          (212) 267-3700

          All Defense Counsel